No. 498. LAFOREST L. SIMMONS *v.* JOE DUART. October 18, 1920. Petition for a writ of certiorari to the Su-

perior Court of the State of Massachusetts denied. *Mr. Edward C. Stone* for petitioner. *Mr. David R. Radovsky* for respondent.